EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

CLARE E. CONNORS #7936
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm # 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: clare.connors@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 06 2005

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00001 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [18 U.S.C. § 2113(a)] |
| | ) | |
| URICK LEIMAMO TRUEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about December 22, 2004, in the District of Hawaii, defendant URICK LEIMAMO TRUEMAN, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

City Bank, Waipahu Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

The Grand Jury further charges that:

On or about December 27, 2004, in the District of Hawaii, defendant URICK LEIMAMO TRUEMAN, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Bank of Hawaii, Kapahulu Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

The Grand Jury further charges that:

On or about December 30, 2004, in the District of Hawaii, defendant URICK LEIMAMO TRUEMAN, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American Savings Bank, Wahiawa Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

<u>Sentencing Allegations</u>
(18 U.S.C. § 3551 <u>et seq.</u>)

The Grand Jury further alleges the following as to defendant URICK LEIMAMO TRUEMAN:

(1) As to Count 1, the defendant brandished a dangerous weapon.

(2) As to Counts 2 and 3, the defendant possessed a dangerous weapon.

DATED: January 6, 2005, Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*
RONALD G. JOHNSON
Assistant U.S. Attorney

*[signature]*
CLARE E. CONNORS
Assistant U.S. Attorney

<u>United States v. Urick Leimamo Trueman</u>
Cr. No.
INDICTMENT